IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOHN PAUL YOUNGBLOOD | § | |
| VS. | § | CIVIL ACTION NO. 9:12cv86 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION REGARDING VENUE

John Paul Youngblood, an inmate confined in the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division,, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner states that on March 11, 2008, he was convicted of a criminal offense in the 66th District Court of Hill County, Texas.  He was sentenced to 30 years imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined.  Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring a petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated.  Section 2241(d) further provides that a district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Hill County, Texas.  Pursuant to 28 U.S.C. § 124, Hill County is in the Waco Division of the United States District Court for the Western District of Texas.

As all records and witnesses involving this action may be located in the Western District, the transfer of this action to such district would further justice.

Accordingly, this case should be transferred to the Waco Division of the United States District Court for the Western District of Texas.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this  28  day of      June       , 2012.

                                      KEITH F. GIBLIN
                                    UNITED STATES MAGISTRATE JUDGE